**Order entered September 25, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00776-CV

**KSADD, LLC, Appellant**

**V.**

**JOAN WILLIAMS, Appellee**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-14-03455-D**

## ORDER

We **GRANT** appellee's September 23, 2015 unopposed motion for an extension of time to file a brief. Appellee shall file a brief by **NOVEMBER 11, 2015**. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE